JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA GISELLE RICO, an individual, and JORGE RICO, an individual,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No: 2:23-cv-00503-SVW-RAO<br>Dist. Judge: Stephen V. Wilson<br>Mag. Judge: Rozella A. Oliver<br>Courtroom: 10A<br><br>**ORDER** |

　　　The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date: August 18, 2023

　　　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　Honorable STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　Judge of the United States District Court

1

[PROPOSED] ORDER